IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-52-BR

UNITED STATES OF AMERICA      )
                              )      <u>ORDER</u>
        V.                    )
                              )
EUGENIO M. DAVID-MARTINEZ     )


For good cause shown, the government's motion to seal is GRANTED. The Clerk is hereby ORDERED to provide a copy of the sealed criminal information and plea agreement to the United States Attorney's Office, counsel for the defendant and the United States Probation Office.

This 29 April 2013.


_____
W. Earl Britt
Senior U.S. District Judge