UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-52-BR

UNITED STATES OF AMERICA

v.

ORDER

EUGENIO DAVID-MARTINEZ

This matter is before the court on the government 's unopposed motion to unseal the case and defendant's unopposed motion to continue the sentencing hearing. For good cause shown, the motions are ALLOWED. The Clerk is DIRECTED to unseal the case. Sentencing is CONTINUED to 2 December 2013.

This 29 October 2013.

W. Earl Britt
Senior U.S. District Judge